JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| JOYCE O'NEILIN, | Case No. 8:15-cv-01464-DOC-JCG |
| Plaintiff, | The Honorable David O. Carter |
| v. | **JUDGMENT** |
| ALLSTATE INSURANCE COMPANY, a corporation; B.J. ARAGON, an individual, and DOES 1 through 50, | |
| Defendants. | |

1      The Court having granted defendant Allstate Insurance Company's Motion

2 for Judgment on the Pleadings and dismissing the entirety of Plaintiff's complaint

3 with prejudice,

4      **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, that

5 Judgment be entered in favor of defendant Allstate Insurance Company and against

6 plaintiff Joyce O'Neilin.

7

8      **IT IS SO ORDERED.**

9

10  Dated:  October 6, 2016

                                     Honorable David O. Carter

11                                     United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28